Naresh Channaveerappa, SBN # 272562
**Law Office of Naresh Channaveerappa**
7601 Spyglass Drive
Modesto, California 95356
Telephone: (209) 678-0990
Facsimile: (209) 551-5720

Attorney for Plaintiff,
SILVIA DIEGO M.D.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| **SILVIA DIEGO M.D.,**<br><br>  *Plaintiff,*<br><br>vs.<br><br>**GOLDEN VALLEY HEALTH CENTERS, a California Non-profit Corporation, ABC CORP., and DOES 1 through 50, inclusive,**<br><br>  *Defendants.* | CASE NO. 1:15-cv-00085 JAM GSA<br><br>**ORDER AFTER HEARING ON PLAINTIFF'S MOTION TO REMAND**<br><br><u>Hearing</u><br><br>Date: April 22, 2015<br>Time: 9:30 A.M.<br>Department: 6<br>Judge: Hon. John A. Mendez |

The Motion to Remand of Plaintiff Silvia Diego M.D. came on regularly for hearing on April 22, 2015 before the Honorable John A. Mendez in the United States District Court, Eastern District of California located at 501 I Street, Court Room number 6, Sacramento, California 95814. Appearances were noted on the record.

Based on review of moving and opposing papers and oral arguments presented, and for

1

ORDER FOR PLAINTIFF'S MOTION TO REMAND ON REMOVAL FROM THE STANISLAUS COUNTY SUPERIOR COURT

good cause appearing, the Court grants the motion to remand the above entitled action back to Stanislaus County Superior Court.

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion to Remand is granted.

IT IS SO ORDERED

Dated: 4/23/2015

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

2

ORDER FOR PLAINTIFF'S MOTION TO REMAND ON REMOVAL FROM THE STANISLAUS COUNTY SUPERIOR COURT